# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No. SA CV07-0499 DOC (ANx)                                    Date: August 25, 2008

Title:  BROADWOOD INVESTMENT HOLDINGS LP -V- UNITED STATES OF AMERICA

---

DOCKET ENTRY
　　　　[I hereby certify that this document was served by first class mail or Government messenger service, postage prepaid, to all counsel (or parties) at their respective most recent address of record in this action on this date.]
　　　　　　　　　　　　　　　　　　　　　　　　　Date:_____  Deputy Clerk: _____

---

PRESENT:

　　　　　　　　　　　THE HONORABLE DAVID O. CARTER, JUDGE

　　　Kristee Hopkins　　　　　　　　　　　　　　Not Present
　　　Courtroom Clerk　　　　　　　　　　　　　　Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:　ATTORNEYS PRESENT FOR DEFENDANTS:

　　　NONE PRESENT　　　　　　　　　　　　　　NONE PRESENT

---

PROCEEDING (IN CHAMBERS): ORDER TO SHOW CAUSE RE CONSOLIDATION

　　　　The Court presently has before it these related tax matters:  SA CV07-499 DOC (ANx); SA CV08-0295 DOC (ANx);  SA CV08-0296 DOC (ANx); SA CV08-0297 DOC (ANx); SA CV08-0298 DOC (ANx) and SA CV 08-0299.  Pursuant to Fed. R. Civ. P. 42(a), the Court can consolidate cases where they share common questions of law or fact.  Each of these cases involves a number of related parties and transactions, involving a similar factual basis.  Thus, the Court is within its discretion to consolidate these matters.

　　　　The parties in each of these matters are hereby ORDERED TO SHOW CAUSE in writing on or before **September 8, 2008**, why the Court should not consolidate all or some of these cases and cause a consolidated petition to be filed.  If the parties consent to consolidation, they shall **notify this court in writing as soon as possible**.

　　　　The Clerk shall serve this minute order on all parties to the action.